# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

NICKELSTON INDUSTRIES, INC.

*Plaintiff(s)*

v.

TECHNOPREF INDUSTRIES, INC.,
and
ATLANTIC SPECIALTY INSURANCE CO.

*Defendant(s)*

Civil Action No. 1:20-cv-00794-CMH-TCB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **TECHNOPREF INDUSTRIES, INC.**
**4725 Eisenhower Avenue**
**Arlington, VA 22304**
**SERVE ON:**
**CORPORATION SERVICE COMPANY, Registered Agent**
**100 Shockoe Slip, Fl 2**
**Richmond, VA 23219-4100**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**James D. Bragdon, Esq.**
**Gallagher Evelius & Jones LLP**
**218 N. Charles St., Suite 400**
**Baltimore, MD 21201**
**jbragdon@gejlaw.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/2020

*Lynelle Creek* Digitally signed by Lynelle Creek
Date: 2020.09.24 14:43:27 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-00794-CMH-TCB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TECHNOPREF INDUSTRIES, INC.**
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

)
)
)
NICKELSTON INDUSTRIES, INC. )
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:20-cv-00794-CMH-TCB
)
TECHNOPREF INDUSTRIES, INC., )
and )
ATLANTIC SPECIALTY INSURANCE CO. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ATLANTIC SPECIALTY INSURANCE CO.
**SERVE ON:**
BANK OF AMERICA CENTER, Registered Agent
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bragdon, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
jbragdon@gejlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/24/2020

Digitally signed by Lynelle Creek
Date: 2020.09.24 14:43:41 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-00794-CMH-TCB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ATLANTIC SPECIALTY INSURANCE CO.__
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: